UNION TRUST CO. *v.* DETROIT TRUST CO.

This case is controlled by *Union Trust Co.* v. *Detroit Trust Co., ante,* 646.

Appeal from Wayne; Jayne (Ira W.), J. Submitted June 10, 1927. (Docket No. 78.) Decided December 1, 1927.

Bill by the Union Trust Company and others against the Detroit Trust Company, trustee in bankruptcy of Benjamin Braver, for an accounting, and to foreclose

a mortgage. From an order setting aside a decree of foreclosure after sale and confirmation, plaintiffs appeal. Reversed and remanded.

*Campbell, Bulkley & Ledyard* (*Harold R. Smith,* of counsel), for plaintiffs.

*Joseph B. Beckenstein,* for defendant.

McDONALD, J. This is a companion case of *Union Trust Co.* v. *Detroit Trust Co., ante,* 646, and is controlled by the opinion in that case.

The order setting aside the decree is reversed and the cause remanded. The appellant will have costs.

SHARPE, C. J., and BIRD, FELLOWS, WIEST, and CLARK, JJ., concurred.

The late Justice SNOW and Justice STEERE took no part in this decision.